IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD E. E.,

    Plaintiff,

v.

                         Civil No. 4:24-CV-10461

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,        MAGISTRATE JUDGE IVY

    Defendant.

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                    s/Curtis Ivy, Jr._____
                                                    CURTIS IVY, JR.
                                                    United States Magistrate Judge

Dated: May 23, 2024